# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian Crawford  
        Debtor(s)

BKY. NO. 14-04414 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of DITECH FINANCIAL LLC, AS AUTHORIZED SERVICER FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-AB4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9482

        Respectfully submitted,

        **/s/ Thomas Puleo**  
        Thomas Puleo, Esquire  
        James C. Warmbrodt, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 825-6306  FAX (215) 825-6406  
        Attorney for Movant/Applicant