```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 14-04414-JJT
Brian Crawford                                                 Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman            Page 1 of 2            Date Rcvd: Mar 01, 2017
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db             +Brian Crawford,    88 Analomink Street,    East Stroudsburg, PA 18301-2529
               +Scott A. Bartolacci,   89 Analomink Street,    East Stroudsburg, PA 18301-2546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    HSBC Mortgage Services, Inc amanda.rauer@gmail.com,
               cblack@udren.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust, Company, as
               Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
               Pass-Through Certificates, Series 2007-HE1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Elizabeth L Wassall    on behalf of Creditor    HSBC Mortgage Services, Inc ewassall@udren.com,
               vbarber@udren.com
              Jerome B Blank    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    The Bank Of New York Mellon, FKA The Bank Of New
               York, etal pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    US Bank Trust N.A. amps@manleydeas.com
              Kim M Diddio    on behalf of Creditor    East Stroudsburg Borough kdiddio@diddiolaw.com,
               kdiddio@gmail.com
              Kimberly A Bonner    on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee
               for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through
               Certificates, Series 2007-HE1 kbonner@zuckergoldberg.com, bankruptcynotice@zuckergoldberg.com
              Mark J. Conway    on behalf of Debtor Brian  Crawford info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset
               Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust, Company, as
               Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
               Pass-Through Certificates, Series 2007-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Morris Anthony Scott    on behalf of Creditor    HSBC Mortgage Services, Inc mscott@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    HSBC Mortgage Services, Inc
               nlabletta@udren.com, vbarber@udren.com
              Stuart Winneg    on behalf of Creditor    HSBC Mortgage Services, Inc swinneg@udren.com,
               cblack@udren.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 20

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Brian Crawford<br>    *aka* Brian Edward Crawford,<br>               Debtor.<br>Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1,<br>                Movant,<br>vs.<br>Brian Crawford *aka* Brian Edward Crawford,<br>                Debtor/Respondent,<br>and<br>Charles J. DeHart, III,<br>                Trustee / Respondent | Chapter 13<br><br>Case No.: 5:14-bk-04414-JJT |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Brian Crawford *aka* Brian Edward Crawford to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 89 Analomink St, East Stroudsburg, PA 18301;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

By the Court,

Dated: February 28, 2017

John J. Thomas, Bankruptcy Judge
(PJR)