```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                 Case No. 14-04414-JJT
Brian Crawford                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman      Page 1 of 2      Date Rcvd: May 22, 2017
                      Form ID: pdf010      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db        +Brian Crawford,   88 Analomink Street,   East Stroudsburg, PA 18301-2529
         +SCOTT BARTOLACCI,   80 ANALOMINK STREET,   EAST STROUDSBURG, PA 18301-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Amanda Lindsay Rauer   on behalf of Creditor   HSBC Mortgage Services, Inc amanda.rauer@gmail.com,
           cblack@udren.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Danielle Boyle-Ebersole   on behalf of Creditor   Deutsche Bank National Trust, Company, as
           Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
           Pass-Through Certificates, Series 2007-HE1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          Elizabeth L Wassall   on behalf of Creditor   HSBC Mortgage Services, Inc ewassall@udren.com,
           vbarber@udren.com
          J. Zac Christman   on behalf of Creditor   East Stroudsburg Borough jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
          Jerome B Blank   on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
          Joseph Angelo Dessoye   on behalf of Creditor   The Bank Of New York Mellon, FKA The Bank Of New
           York, etal pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Karina Velter   on behalf of Creditor   US Bank Trust N.A. amps@manleydeas.com
          Kim M Diddio   on behalf of Creditor   East Stroudsburg Borough kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Kimberly A Bonner   on behalf of Creditor   Deutsche Bank National Trust, Company, as Trustee
           for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through
           Certificates, Series 2007-HE1 kbonner@zuckergoldberg.com, bankruptcynotice@zuckergoldberg.com
          Mark J. Conway   on behalf of Debtor Brian  Crawford info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
           agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
           agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset
           Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt   on behalf of Creditor   Deutsche Bank National Trust, Company, as
           Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
           Pass-Through Certificates, Series 2007-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Morris Anthony Scott   on behalf of Creditor   HSBC Mortgage Services, Inc mscott@udren.com,
           vbarber@udren.com
          Nicole Bernadette LaBletta   on behalf of Creditor   HSBC Mortgage Services, Inc
           nlabletta@udren.com, vbarber@udren.com
          Stuart Winneg   on behalf of Creditor   HSBC Mortgage Services, Inc swinneg@udren.com,
           cblack@udren.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas   Song    on behalf of Creditor    LSF9 Master Participation Trust
           thomas.song@phelanhallinan.com, tomysong@hotmail.com
          Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 22

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: BRIAN CRAWFORD, | : | Chapter 13 Bankruptcy |
| Debtor, | : | Case No. 5:14-bk-04414-JJT |
| | | |
| BOROUGH OF EAST STROUDSBURG, | : | |
| Movant, | : | Motion for |
| v. | : | Relief from Stay |
| BRIAN CRAWFORD, | : | |
| SCOTT A. BARTOLACCI, Co-debtor, and | : | |
| CHARLES DEHART, III, TRUSTEE, | : | |
| Respondents | : | |

ORDER APPROVING
STIPULATION TO RESOLVE POTENTIAL MOTION FOR RELIEF FROM STAY OF
BOROUGH OF EAST STROUDSBURG: 88 ANALOMINK STREET

AND NOW, upon consideration of the **Stipulation to Resolve Potential Motion for Relief from Stay of Borough of East Stroudsburg: 88 Analomink Street** with regard to Debtor's real property known as **88 Analomink Street, East Stroudsburg, PA 18301**, said Stipulation is hereby APPROVED. It is further ORDERED that the terms of said Stipulation are hereby ADOPTED as an Order of this Court.

Dated: May 22, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)