**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

|  |  |  |
|---|---|---|
| | **:** | **CHAPTER 13** |
| **BRIAN CRAWFORD** | **:** | |
| Debtor | **:** | **CASE NO. 5-14-04414** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**DEBTOR'S ANSWER TO THE MOTION OF**
**FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362**

Debtor Brian Crawford, through his undersigned counsel, hereby responds to the Motion for Relief from the Automatic Stay filed by LSF9 Master Participation Trust as follows:

1.    Admitted.

2.    Admitted.

3.    Denied. Strict proof of the averments are required at the time of trial.

4.    Denied. Strict proof of the averments are required at the time of trial.

5.    Denied. Strict proof of the averments are required at the time of trial.

6.    Denied. Strict proof of the averments are required at the time of trial.

7.    Denied. Strict proof of the averments are required at the time of trial.

8.    Denied. Strict proof of the averments are required at the time of trial.

9.    Denied. Strict proof of the averments are required at the time of trial.

10.    Denied. Strict proof of the averments are required at the time of trial.

11.    Denied. Strict proof of the averments are required at the time of trial.

12.    Denied. Strict proof of the averments are required at the time of trial.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order denying the Relief requested by LSF9 Master Participation Trust and for such other and further relief is just and appropriate.

Respectfully submitted,

**CONWAY LAW OFFICES, P. C.**

/s/ Mark J. Conway
MARK J. CONWAY (ID #59114)
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

Attorney for Debtor

DATED: May 25, 2017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

                                    :         **CHAPTER 13**

**BRIAN CRAWFORD**               :

         **Debtor**           :         **CASE NO. 5-14-04414**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

      I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of

the foregoing Answer to the Motion for Relief From Automatic Stay Under §362 to be

served via e-mail to the following:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**dehartstaff@pamd13trustee.com**

Thomas Song, Esq.
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
**Thomas.Song@phelanhallinan.com**

                                    **CONWAY LAW OFFICES, P.C.**

                                    /s/ Amy L. Marta
                                    Amy L. Marta, Paralegal
                                    502 S. Blakely Street
                                    Dunmore, PA 18512
                                    Phone (570) 343-5350
                                    Fax (570) 343-5377

DATED: May 25, 2017