```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 14-04414-JJT
Brian Crawford                                                     Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman            Page 1 of 2           Date Rcvd: Jun 05, 2017
                              Form ID: pdf010            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2017.
db             +Brian Crawford,    88 Analomink Street,    East Stroudsburg, PA 18301-2529
               +SCOTT A. BARTOLACCI,    82-84 ANALOMINK STREET,    EAST STROUDSBURG, PA 18301-2529
4621061         East Stroudsburg Borough,    PO Box 303,    East Stroudsburg, PA 18301-0303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4621075*       +East Stroudsburg Borough,    PO Box 303,    East Stroudsburg, PA 18301-0303
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                               Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    HSBC Mortgage Services, Inc amanda.rauer@gmail.com,
               cblack@udren.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust, Company, as
               Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
               Pass-Through Certificates, Series 2007-HE1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Elizabeth L Wassall    on behalf of Creditor    HSBC Mortgage Services, Inc ewassall@udren.com,
               vbarber@udren.com
              J. Zac Christman    on behalf of Creditor    East Stroudsburg Borough jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              Jerome B Blank    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    The Bank Of New York Mellon, FKA The Bank Of New
               York, etal pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    US Bank Trust N.A. amps@manleydeas.com
              Kim M Diddio    on behalf of Creditor    East Stroudsburg Borough kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kimberly A Bonner    on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee
               for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through
               Certificates, Series 2007-HE1 kbonner@zuckergoldberg.com, bankruptcynotice@zuckergoldberg.com
              Mark J. Conway    on behalf of Debtor Brian  Crawford info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust, Company, as
               Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
               Pass-Through Certificates, Series 2007-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset
               Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Morris Anthony Scott    on behalf of Creditor    HSBC Mortgage Services, Inc mscott@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    HSBC Mortgage Services, Inc
               nlabletta@udren.com, vbarber@udren.com

```
District/off: 0314-5           User: REshelman          Page 2 of 2               Date Rcvd: Jun 05, 2017
                               Form ID: pdf010          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stuart  Winneg    on behalf of Creditor   HSBC Mortgage Services, Inc swinneg@udren.com, cblack@udren.com
          Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust thomas.song@phelanhallinan.com, tomysong@hotmail.com
          Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                          TOTAL: 22

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **BRIAN CRAWFORD,** | : | Chapter 13 Bankruptcy |
| Debtor, | : | Case No. 5:14-bk-04414-JJT |
| | | |
| **BOROUGH OF EAST STROUDSBURG,** | : | |
| Movant, | : | Motion for |
| v. | : | Relief from Stay |
| **BRIAN CRAWFORD,** | : | |
| **SCOTT A. BARTOLACCI,** Co-debtor, and | : | |
| **CHARLES DEHART, III, TRUSTEE,** | : | |
| Respondents | : | |

## ORDER GRANTING
## RELIEF FROM STAY TO BOROUGH OF EAST STROUDSBURG

AND NOW, upon consideration of the **Stipulation to Relief from Stay to BOROUGH OF EAST STROUDSBURG**, ( docket at 116) the stipulation is approved and Relief from Stay is hereby GRANTED with regard to real properties known as

89 Analomink Streeet, East Stroudsburg, PA 18301; 110 Analomink Streeet, PA 18301 and

112 Analomink Streeet, East Stroudsburg, PA 18301,

Dated: June 5, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)