# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     BRIAN  CRAWFORD
            AKA: BRIAN EDWARD CRAWFORD

            Debtor(s)                                CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant
vs.

BRIAN  CRAWFORD                         CASE NO: 5-14-04414-JJT
AKA: BRIAN EDWARD CRAWFORD

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 25, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 3, 2015.

2. A Confirmation hearing was held and an Order was entered on November 10, 2015 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                                                       Respectfully submitted,

                                                       s/    Agatha R. McHale, Esq.
                                                       Id:   47613
                                                       Attorney for Trustee
                                                       Charles J. DeHart, III
                                                       Standing Chapter 13 Trustee
                                                       Ste. A, 8125 Adams Drive
                                                       Hummelstown, PA   17036
                                                       Ph.   717-566-6097
                                                       Fax. 717-566-8313
                                                       eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN CRAWFORD
AKA: BRIAN EDWARD CRAWFORD

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-14-04414-JJT

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: December 5, 2017<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: October 25, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN CRAWFORD
AKA: BRIAN EDWARD CRAWFORD

CHAPTER 13

CASE NO: 5-14-04414-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

AND NOW, on October 25, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MARK J. CONWAY, ESQUIRE
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512-

BRIAN CRAWFORD
88 ANALOMINK STREET
EAST STROUDSBURG, PA 18301

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: October 25, 2017

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BRIAN   CRAWFORD
        AKA: BRIAN EDWARD CRAWFORD

        Debtor(s)           CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

BRIAN   CRAWFORD          CASE NO: 5-14-04414-JJT
AKA: BRIAN EDWARD CRAWFORD

        Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.