In re:                                                    Case No. 14-04414-JJT
Brian Crawford                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 2          Date Rcvd: Nov 24, 2017
                             Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4600343           E-mail/Text: bankruptcy.bnc@ditech.com Nov 24 2017 18:30:10    Green Tree Servicing LLC,
                  PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
          Amanda Lindsay Rauer   on behalf of Creditor    HSBC Mortgage Services, Inc amanda.rauer@gmail.com,
          cblack@udren.com
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Danielle  Boyle-Ebersole   on behalf of Creditor    Deutsche Bank National Trust, Company, as
          Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
          Pass-Through Certificates, Series 2007-HE1 debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          Elizabeth L Wassall   on behalf of Creditor    HSBC Mortgage Services, Inc ewassall@udren.com,
          vbarber@udren.com
          J. Zac Christman   on behalf of Creditor    East Stroudsburg Borough jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
          Jerome B Blank   on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          Jill  Manuel-Coughlin   on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkjllc.com,
          chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Joseph Angelo Dessoye   on behalf of Creditor    The Bank Of New York Mellon, FKA The Bank Of New
          York, etal pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Karina  Velter   on behalf of Creditor    US Bank Trust N.A. amps@manleydeas.com
          Kim M Diddio   on behalf of Creditor    East Stroudsburg Borough kdiddio@diddiolaw.com,
          kdiddio@gmail.com;r52326@notify.bestcase.com
          Kimberly A Bonner   on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee
          for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through
          Certificates, Series 2007-HE1 kbonner@zuckergoldberg.com,   bankruptcynotice@zuckergoldberg.com
          Mark J. Conway   on behalf of Debtor 1 Brian  Crawford info@mjconwaylaw.com,
          connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Matthew Christian Waldt   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
          agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Matthew Christian Waldt   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
          agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset
          Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Matthew Christian Waldt   on behalf of Creditor    Deutsche Bank National Trust, Company, as
          Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage
          Pass-Through Certificates, Series 2007-HE1 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Michele A De Witt   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com,   mdewitt@ecf.inforptcy.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Morris Anthony Scott   on behalf of Creditor    HSBC Mortgage Services, Inc mscott@udren.com,
          vbarber@udren.com
          Nicole Bernadette LaBletta   on behalf of Creditor    HSBC Mortgage Services, Inc
          nlabletta@udren.com,   vbarber@udren.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stuart  Winneg   on behalf of Creditor   HSBC Mortgage Services, Inc swinneg@udren.com,
           cblack@udren.com
          Thomas  Song   on behalf of Creditor   LSF9 Master Participation Trust
           thomas.song@phelanhallinan.com
          Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 24

# United States Bankruptcy Court

## Middle District of Pennsylvania
Case No. 5:14-bk-04414-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian Crawford
88 Analomink Street
East Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 | THE BANK OF NEW YORK MELLON<br>Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables  FL  33146<br>THE BANK OF NEW YORK MELLON<br>Bayview Loan Servicing, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/26/17

Terrence S. Miller
**CLERK OF THE COURT**