```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                     Case No. 14-04414-JJT
Brian Crawford                                                             Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman              Page 1 of 2              Date Rcvd: Dec 07, 2017
                              Form ID: ordsmiss            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
```
db            +Brian Crawford,    88 Analomink Street,    East Stroudsburg, PA 18301-2529
4595977       +636 Grand Regency Blvd,    Brandon, FL 33510-3942
4548559       +Crawford Brian,    88 Analomink Street,    East Stroudsburg, PA 18301-2529
4604129       +Deutsche Bank National Trust,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
4548563       +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4621061        East Stroudsburg Borough,    PO Box 303,    East Stroudsburg, PA 18301-0303
4548560        Law Offices of Mark J Conway PC,    502 S Blakely Street,    Dunmore, PA  18512-2237
4548567        PENNSYLVANIA STATE EMPLOYERS CREDIT,    PO BOX 67013,    HARRISBURG, PA  17106-7013
4548568       +PHELAN HALLINAN, LLP,    1617 JFK BLVD., STE. 1400,    ONE PENN CENTER PLAZA,
                PHILADELPHIA, PA 19103-1823
4995105       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables   FL 33146-1837
4995106       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables   FL   33146,
                THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC 33146-1837
4548570       +THE BANK OF NEW YORK MELLON,    C/O KML LAW GROUP,    701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2017 18:43:49     Ditech Financial LLC,
                1400 Turbine Drive Suite 200,    Rapid City, SD  57703,    US 57703-4719
4548561        EDI: BANKAMER.COM Dec 07 2017 18:48:00      BANK OF AMERICA,    PO BOX 5170,
                SIMI VALLEY, CA  93062-5170
4548562       +EDI: CITICORP.COM Dec 07 2017 18:48:00      CITI CARDS,    701 E 60TH STREET N,
                SIOUX FALLS, SD 57104-0432
4588528       +EDI: JEFFERSONCAP.COM Dec 07 2017 18:48:00      Collecto Us Asset Managemnt, Inc.,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4604050        E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2017 18:44:08
                Deutsche Bank National Trust, Company,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
4548564        E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2017 18:43:49     GREEN TREE,    PO BOX 94710,
                PALATINE, IL  60094-4710
4600343        E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2017 18:43:49     Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
4600344        E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2017 18:43:49     Green Tree Servicing, LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
4574325       +EDI: HFC.COM Dec 07 2017 18:48:00      HSBC MORTGAGE SERVICES, INC.,    P.O. BOX 21188,
                EAGAN, MINNESOTA 55121-0188
4548565       +EDI: HFC.COM Dec 07 2017 18:48:00      HSBC MORTGAGE SERVICES, INC.,    1301 EAST TOWER ROAD,
                SCHAUMBURG, IL 60173-4331
4693201       +E-mail/Text: MKnitter@monroecountypa.gov Dec 07 2017 18:43:57
                Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4548569        E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2017 18:44:08
                SELECT PORTFOLIO SERVICING INC,    PO BOX 65450,    SALT LAKE CITY, UT  84165-0450
4747445       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 07 2017 18:44:07     US Bank Trust NA,
                c/o Caliber Home Loans Inc,    PO BOX 24330,    Oklahoma City, OK 73124-0330
4747446       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 07 2017 18:44:08     US Bank Trust NA,
                c/o Caliber Home Loans Inc,    PO BOX 24330,    Oklahoma City, OK 73124,    US Bank Trust NA,
                c/o Caliber Home Loans Inc 73124-0330
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +East Stroudsburg Borough,    PO Box 303,    East Stroudsburg, PA 18301-0303
4621075*      +East Stroudsburg Borough,    PO Box 303,    East Stroudsburg, PA 18301-0303
4548566      ##+NCO FINANCIAL,    PO BOX 15636,    WILMINGTON, DE 19850-5636
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2017                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

- Amanda Lindsay Rauer    on behalf of Creditor    HSBC Mortgage Services, Inc amanda.rauer@gmail.com, cblack@udren.com
- Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
- Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
- Elizabeth L Wassall    on behalf of Creditor    HSBC Mortgage Services, Inc ewassall@udren.com, vbarber@udren.com
- J. Zac Christman    on behalf of Creditor    East Stroudsburg Borough jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
- Jerome B Blank    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
- Jill Manuel-Coughlin    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
- Joseph Angelo Dessoye    on behalf of Creditor    The Bank Of New York Mellon, FKA The Bank Of New York, etal pamb@fedphe.com
- Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
- Karina Velter    on behalf of Creditor    US Bank Trust N.A. amps@manleydeas.com
- Kim M Diddio    on behalf of Creditor    East Stroudsburg Borough kdiddio@diddiolaw.com, kdiddio@gmail.com;r52326@notify.bestcase.com
- Kimberly A Bonner    on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 kbonner@zuckergoldberg.com, bankruptcynotice@zuckergoldberg.com
- Mark J. Conway    on behalf of Debtor 1 Brian  Crawford info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
- Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
- Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
- Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
- Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
- Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
- Morris Anthony Scott    on behalf of Creditor    HSBC Mortgage Services, Inc mscott@udren.com, vbarber@udren.com
- Nicole Bernadette LaBletta    on behalf of Creditor    HSBC Mortgage Services, Inc nlabletta@udren.com, vbarber@udren.com
- Stuart Winneg    on behalf of Creditor    HSBC Mortgage Services, Inc swinneg@udren.com, cblack@udren.com
- Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust thomas.song@phelanhallinan.com
- Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 24

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Brian Crawford | Chapter | 13 |
| aka Brian Edward Crawford | | |
| **Debtor(s)** | Case No. | 5:14–bk–04414–JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated: December 7, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk